No. 3965.—Frank O. Rivera, apldo., v. Carmen Lange, Sucn., aplte.—No. 3966.—Edelmiro Cabán, apldo., v. Carmen Lange, Sucn., aplte. No. 3967.—Luis F. Santos, apldo., v. Carmen Lange, Sucn., aplte. — No. 3968. — María Teresa Mora, aplda., v. Carmen Lange, Sucn., aplte.—C. D. Mayagüez. Jul. 13, 1926. Fundándose la desestimación solicitada en estos casos en no haberse elevado en tiempo la transcripción de los autos a este Tribunal Supremo y apareciendo que el término legal fué prorrogado a instancia de los demandados-apelantes sin que haya vencido aún la prórroga, *no ha lugar* a desestimar la apelación.

No. 2728.—El Pueblo, apldo., v. Pagán, aplte.—C. D. Guayama. Portar armas. Jul. 15, 1926. Siendo la acusación suficiente en este caso por imputar al acusado que en determinada fecha "ilegal y voluntariamente portaba y conducía un revólver, siendo éste un arma con la cual se puede producir daño corporal;" no siendo necesario que en la acusación se expresase la manera como el arma fué ocupada y siendo suficiente la evidencia cuyo conflicto resolvió la corte sentenciadora en contra del apelante, debemos confirmar y confirmamos la sentencia recurrida.